**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-6797**

---

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

KENNETH O'NEAL TIMMONS, a/k/a Keno, a/k/a Kino,

        Defendant - Appellant.

---

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Joseph F. Anderson, Senior District Judge.  (3:12-cr-00513-JFA-39)

---

Submitted:  October 31, 2023                Decided:  November 3, 2023

---

Before HARRIS and QUATTLEBAUM, Circuit Judges, and KEENAN, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Kenneth O'Neal Timmons, Appellant Pro Se.  William Kenneth Witherspoon, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth O'Neal Timmons appeals the district court's order denying his second motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A). After reviewing the record, we conclude that the district court did not abuse its discretion in denying Timmons' motion. *See United States v. Malone*, 57 F.4th 167, 172 (4th Cir. 2023) (stating standard). Accordingly, we affirm the district court's judgment. *United States v. Timmons*, No. 3:12-cr-00513-JFA-39 (D.S.C. Aug. 1, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*